2111.79363

<u>U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS</u>

| | | |
|---|---|---|
| Decker Ourdoor Corporation | ) ) ) ) | FILED: APRIL 25, 2008 |
| V. | ) | Case No. 08CV2436     TG |
| | ) ) | JUDGE MANNING |
| | ) | MAGISTRATE JUDGE BROWN |
| Unknown Copyright Infringer | ) ) ) ) | |

## DECLARATION PURSUANT TO 17 U.S.C. 512(h)(2)(C)

The undersigned hereby swears that the purpose for which the related subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under Title 37 of the United States Code.

By: /s Gavin O'Keefe

Gavin O'Keefe

Date: <u>April 25, 2008</u>

GREER, BURNS & CRAIN, LTD.
300 South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Telephone: (312) 360-0080
Facsimile: (312) 360-9315

1